**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:24-cv-21725-JLK

CARLOS BRITO,

    Plaintiff,

v.

TGC PCSC LLC; MIAMI LAKES
OIL, INC. d/b/a FOOD SPOT; and
LAKES UNLIMITED, LLC d/b/a
CAFE MI VITROLA,

    Defendants.

_____/

**<u>FINAL ORDER OF DISMISSAL WITH PREJUDICE</u>**

THIS MATTER is before the Court on the Parties Joint Stipulation of Dismissal with Prejudice (DE 38) filed February 12, 2025, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1), it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of February, 2025.

                                                        JAMES LAWRENCE KING
                                                        UNITED STATES DISTRICT JUDGE

**cc:**    **All Counsel of Record**
         **Clerk of Court**